## JAMES CLAYTON, SAMUEL LOCKWOOD, and ARMWELL LONG v. JOHN MITCHELL.

Court of Chancery.   Kent.   February 21, 1818.

*Ridgely's Notebook II, 15, 22.*

## MARY KINSELY and LYDIA KINSELY, Infants, Children of Dr. Kinsely, by JOHN KINSELY, their Next Friend, v. NATHAN COX, their Guardian.

Orphans' Court.   February 21, 1818.

*Ridgely's Notebook II, 16.*

Amos Kinsely, witness.   In the Winter of 1817 Samuel Thomas, who lived in Cook House on the farm, put into firewood rail timber (one time I saw) which had been peeled into firewood.   Timber had been fallen in Spring of 1817, while Nathan Cox lived on the land.   There were a good many timber trees laying peeled in this manner.   I don't know who barked trees, but I saw in the Spring Nathan Cox drawing bark.   There was a ridge taken in the field to support the farm with rails, which ridge is cut down, and timber taken off the ridge was half an acre.   There is an island with white oaks adjoining the cleared land, four large trees, and other small ones have been cut down.   Don't know who cut the trees; some of it was split into rails, and some nice straight timber very good for rails was split into firewood.